**FILED**

MAR 11 2015

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

JOSE CHAGOYA-MORALES,
also known as, "Jose Morales"

15 CR 124

Violation: Title 8, United States Code, Sections 1326(a) and (b)(2); and Title 6, United States Code, Section 202(4)

JUDGE DER-YEGHIAYAN

MAGISTRATE JUDGE BROWN

The SPECIAL SEPTEMBER 2014 GRAND JURY charges:

On or about January 16, 2015, at Chicago, Illinois, in the Northern District of Illinois, Eastern Division,

JOSE CHAGOYA-MORALES,
also known as "Jose Morales,"

defendant herein, an alien who previously had been deported and removed from the United States on or about August 7, 2009, was present and found in the United States without previously having obtained the express consent of the Secretary of the Department of Homeland Security for reapplication by defendant for admission into the United States;

In violation of Title 8, United States Code, Section 1326(a), and Title 6, United States Code, Section 202(4).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY