

**15CR 124**

**JUDGE DER-YEGHIAYAN**
**MAGISTRATE JUDGE BROWN**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**FELONY**

## DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed complaints signed by a magistrate judge? **NO**

    1b. Should this indictment or information receive a new case number from the court? ~~NO~~ **YES**

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations? **NO**

3) Is this a re-filing of a previously dismissed indictment or information? **NO**

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court? **NO**

5) Is this a transfer of probation supervision from another district to this District? **NO**

6) What level of offense is this indictment or information? **FELONY**

7) Does this indictment or information involve eight or more defendants? **NO**

8) Does this indictment or information include a conspiracy count? **NO**

9) Identify the type of offense that describes the count, other than any conspiracy count, with the most severe penalty:
    **Illegal Re-entry** IV

10) List the statute of each of the offenses charged in the indictment or information.
    **Title 18 USC §1326**

**FILED**

MAR 11 2015

**THOMAS G. BRUTON**
**CLERK, U.S. DISTRICT COURT**

_____
Ankur Srivastava
Assistant United States Attorney